Mitchell D. Roth
*Mayor*

Benjamin T. Moszkowicz
*Police Chief*



# County of Hawai`i

**POLICE DEPARTMENT**
349 Kapi'olani Street • Hilo, Hawai'i 96720-3998
(808) 935-3311 • Fax (808) 961-2389

June 3, 2023

**CERTIFIED MAIL**

Mr. Blake Irwin Day
PO BOX 55392
North Pole, AK 99705

Dear Mr. Day:

Your application for License to Carry Firearms has been denied based on section 12.3 6.4.4. of the Hawaii Police Department License to Carry (Concealed and Unconcealed) Application Processing procedure manual which precludes you from obtaining a license due to **applicant has been involved in other recent violent conduct;**

You are eligible to re-apply for a License to Carry Firearms one year after the denial date of **May 31, 2023**.

Should you have any questions or concerns, please feel free to contact Lieutenant Nelson M. Acob of the Police Records section at (808) 961-2232.

Sincerely,

*[signature]*

BENJAMIN T. MOSZKOWICZ
POLICE CHIEF

BTM:kla

"Hawai'i County is an Equal Opportunity Provider and Employer"

**Exhibit Four**