# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 23-00576 LEK-RT |
| CASE NAME: | Blake Day v. County of Hawaii |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 12/8/2023 |

COURT ACTION:  EO: COURT ORDER SETTING BRIEFING SCHEDULE

On 12/6/2023, Plaintiff Blake Day filed Dkt. No. [3] Motion for Preliminary Injunction.

Court sets the following Motion hearing and briefing schedule:

Opposition memorandum due: **3/1/2024**.

Reply memorandum due: **3/8/2024**.

A Motion hearing on [3] Plaintiff Blake Day's Motion for Preliminary Injunction is set for: **3/22/2024 at 9:45 AM** by video teleconference (VTC) before Judge Leslie E. Kobayashi.

The Courtroom manager will provide participants with the instructions and information to connect by video in advance of the scheduled video conference.  Participants must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

Submitted by: Tammy Kimura, Courtroom Manager