ELIZABETH A. STRANCE    4715
Corporation Counsel

STEVEN K. IDEMOTO          9013
JUSTIN C. LEE                    9908
Deputies Corporation Counsel

LERISA L. HEROLDT            7519
Deputy Corporation Counsel Section Chief
Office of the Corporation Counsel
Hilo Lagoon Centre
101 Aupuni Street, Suite 325
Hilo, Hawaiʻi 96720
Telephone: (808) 961-8251
Facsimile:  (808) 961-8622
E-mail: steven.idemoto@hawaiicounty.gov

Attorneys for Defendant
COUNTY OF HAWAIʻI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| BLAKE DAY, | CIVIL NO. 23-00576 LEK-RT |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND TIME (1) FOR DEFENDANT COUNTY OF HAWAIʻI TO FILE ITS ANSWER TO PLAINTIFF'S *VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF* [DKT. 1], FILED ON DECEMBER 6, 2023, AND (2) FOR PARTIES TO MAKE THEIR INITIAL DISCLOSURES; ORDER |
| vs. | |
| COUNTY OF HAWAIʻI, | |
| Defendant. | |

**STIPULATION TO EXTEND TIME (1) FOR DEFENDANT COUNTY OF HAWAIʻI TO FILE ITS ANSWER TO PLAINTIFF'S *VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF* [DKT. 1], FILED ON DECEMBER 6, 2023, AND (2) FOR PARTIES TO MAKE THEIR INITIAL DISCLOSURES**

IT IS HEREBY STIPULATED, by and between the parties herein, through their respective attorneys, that Defendant COUNTY OF HAWAIʻI shall have an extension of time from January 2, 2024 to March 5, 2024, to provide an answer to the *Verified Complaint for Declaratory and Injunctive Relief* filed on December 6, 2023. IT IS HEREBY FURTHER STIPULATED, by and between the parties herein, that the parties shall have an extension of time from January 9, 2024 to March 5, 2024, to make their respective initial disclosures. The parties hereby state that the reason for the extensions is ongoing settlement discussions.

DATED: Hilo, Hawaiʻi, December 28, 2023.

*/s/ Steven K. Idemoto*
Steven K. Idemoto
Deputy Corporation Counsel
Attorney for Defendant County of Hawaiʻi

DATED: Honolulu, Hawaiʻi, December 28, 2023.

*/s/ Richard L. Holcomb*
RICHARD L. HOLCOMB, ESQ.
Counsel for Plaintiff BLAKE DAY

DATED: San Diego, California, December 28, 2023.

*/s/ Alan Alexander Beck*
ALAN ALEXANDER BECK, ESQ.
Counsel for Plaintiff BLAKE DAY

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, January 3, 2024.



Rom A. Trader
United States Magistrate Judge

Civil No. 23-00576 LEK-RT; *Day v. County of Hawaiʻi*; *Stipulation to Extend Time (1) for Defendant County of Hawaiʻi to File its Answer to Plaintiff's Verified Complaint for Declaratory and Injunctive Relief [DKT. 1], Filed on December 6, 2023, and (2) for Parties to Make their Initial Disclosures*