# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 23-00576 LEK-RT |
| CASE NAME: | Blake Day vs. County of Hawaii |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 01/31/2024 |

COURT ACTION:   EO: COURT ORDER DEEMING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION WITHDRAWN AND DENYING AS MOOT THE PARTIES' JOINT REQUEST TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION

On December 6, 2023, Plaintiff Blake Day ("Plaintiff") filed his Motion for Preliminary Injunction ("Motion"). [Dkt. no. 3.] On December 8, 2023, this Court issued a briefing schedule and scheduled a hearing on the Motion for March 22, 2024. [Minute Order - EO: Court Order Setting Briefing Schedule, filed 12/8/23 (dkt. no. 8).]

On January 29, 2024, the parties submitted a joint letter requesting, *inter alia*, a continuance of the hearing on the Motion and an extension of the briefing deadlines because the parties are engaged in settlement negotiations. [Dkt. no. 15.] In light of the parties' settlement discussions, this Court DEEMS Plaintiff's Motion WITHDRAWN. The withdrawal of the Motion is without prejudice to the renewal of the Motion if the parties are unable to reach a settlement. Plaintiff may renew the Motion by filing a one-page notice stating his intent to renew the Motion.

In light of the withdrawal of the Motion, the parties' joint request to continue the hearing and extend the briefing deadlines is DENIED. A new hearing date and briefing schedule will be issued if Plaintiff renews the Motion.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager