ELIZABETH A. STRANCE    4715
Corporation Counsel

STEVEN K. IDEMOTO       9013
JUSTIN C. LEE           9908
Deputies Corporation Counsel
LERISA L. HEROLDT       7519
Deputy Corporation Counsel Section Chief
Office of the Corporation Counsel
Hilo Lagoon Centre
101 Aupuni Street, Suite 325
Hilo, Hawai'i 96720
Telephone: (808) 961-8251
Facsimile:  (808) 961-8622
E-mail: steven.idemoto@hawaiicounty.gov

Attorneys for Defendant
COUNTY OF HAWAI'I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| BLAKE DAY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF HAWAI'I,<br><br>　　　　　Defendant. | CIVIL NO. 23-00576 LEK-RT<br><br>**SECOND STIPULATION TO EXTEND TIME (1) FOR DEFENDANT COUNTY OF HAWAI'I TO FILE ITS ANSWER TO PLAINTIFF'S *VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF* [DKT. 1], FILED ON DECEMBER 6, 2023 AND (2) FOR PARTIES TO MAKE THEIR INITIAL DISCLOSURES; ORDER** |

**SECOND STIPULATION TO EXTEND TIME (1) FOR DEFENDANT COUNTY OF HAWAIʻI TO FILE ITS ANSWER TO PLAINTIFF'S** *VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF* **[DKT. 1], FILED ON DECEMBER 6, 2023 AND (2) FOR PARTIES TO MAKE THEIR INITIAL DISCLOSURES**

IT IS HEREBY STIPULATED, by and between the parties herein, through their respective attorneys, that Defendant COUNTY OF HAWAIʻI shall have an extension of time from March 5, 2024 to April 5, 2024, to provide an answer to the *Verified Complaint for Declaratory and Injunctive Relief* filed on December 6, 2023. IT IS HEREBY FURTHER STIPULATED, by and between the parties herein, that the parties shall have an extension of time from March 5, 2024 to April 5, 2024 to make their respective initial disclosures. The parties hereby state that the reason for the extensions is ongoing settlement discussions. In addition, the Lieutenant assigned to the Records & Identification Section for the Hawaiʻi County Police Department was on medical leave from January to February 2024, which delayed settlement discussions related to policy issues.

DATED: Hilo, Hawaiʻi, March 1, 2024.

COUNTY OF HAWAIʻI,
Defendant

*/s/ Steven K. Idemoto*
Steven K. Idemoto
Deputy Corporation Counsel
Its Attorney

DATED: Honolulu, Hawai'i, March 1, 2024.

*/s/ Richard L. Holcomb*
RICHARD L. HOLCOMB, ESQ.
Counsel for Plaintiff BLAKE DAY

DATED: San Diego, California, March 1, 2024.

*/s/ Alan Alexander Beck*
ALAN ALEXANDER BECK, ESQ.
Counsel for Plaintiff BLAKE DAY

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, March 5, 2024.

Rom A. Trader
United States Magistrate Judge

---

Civil No. 1:23-cv-00576-LEK-RT; *Day v. County of Hawai'i*; *Second Stipulation to Extend Time (1) for Defendant County of Hawai'i to File its Answer to Plaintiff's Verified Complaint for Declaratory and Injunctive Relief [DKT. 1], Filed on December 6, 2023 and (2) for Parties to Make their Initial Disclosures*