ELIZABETH A. STRANCE    4715
Corporation Counsel

STEVEN K. IDEMOTO        9013
JUSTIN C. LEE                     9908
Deputies Corporation Counsel
LERISA L. HEROLDT            7519
Deputy Corporation Counsel Section Chief
Office of the Corporation Counsel
Hilo Lagoon Centre
101 Aupuni Street, Suite 325
Hilo, Hawai'i 96720
Telephone: (808) 961-8251
Facsimile:  (808) 961-8622
E-mail: steven.idemoto@hawaiicounty.gov

Attorneys for Defendant
COUNTY OF HAWAI'I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| BLAKE DAY,<br><br>           Plaintiff,<br><br>     vs.<br><br>COUNTY OF HAWAI'I,<br><br>           Defendant. | CIVIL NO. 23-00576 LEK-RT<br><br>**STIPULATION TO DISMISS WITH PREJUDICE; ORDER** |

## **STIPULATION TO DISMISS WITH PREJUDICE; ORDER**

IT IS HEREBY STIPULATED by and between all parties who have appeared in this action, by their respective counsel, that this action is dismissed with prejudice.  Plaintiff BLAKE DAY ("Plaintiff") was issued a license to carry by Defendant COUNTY OF HAWAIʻI ("Defendant") on January 2, 2023, which license is valid to January 2, 2025 ("License"). Defendant shall not declare Plaintiff's License void unless Plaintiff becomes disqualified from ownership, possession, or control of a firearm pursuant to federal law or HRS § 134-7(a), (b), (d), or (f) and shall not revoke Plaintiff's License except as permitted under federal law or HRS § 134-13 if Plaintiff for any other reason becomes disqualified under HRS § 134-7 from the ownership, possession, or control of a firearm. Defendant COUNTY OF HAWAIʻI further agrees to implement new concealed carry rules consistent with HRS Chapter 134, as amended by Act 52 of 2023.

By separate settlement agreement, a resolution of all claims for damages, attorneys' fees, and costs has been reached.  Except as expressly provided in the settlement agreement, the parties are to bear their own attorneys' fees and costs.

There are no remaining parties and/or issues.  No answer or motion for summary judgment has been filed. All claims and parties are dismissed.

This stipulation is based on Rule 41(a) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules and has been signed by counsel for all parties who have made an appearance in this action.

DATED: Honolulu, Hawaiʻi, March 28, 2024.

*/s/ Richard L. Holcomb*
Richard L. Holcomb (9177)
Attorney for Plaintiff James Grell

DATED: San Diego, California, March 28, 2024.

*/s/ Alan Alexander Beck*
Alan Alexander Beck (9145)
Attorney for Plaintiff James Grell

DATED, Hilo, Hawaiʻi, March 28, 2024.

*/s/ Steven K. Idemoto*
Steven Idemoto (9013)
Attorney for Defendant
County of Hawaiʻi

3

**IT IS SO ORDERED, ADJUDGED, AND DECREED**

Dated: March 28, 2024, at Honolulu, Hawaiʻi.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*Blake Day v. County of Hawaiʻi*; Civil No. 23-00576; United States District Court for the District of Hawaiʻi; STIPULATION TO DISMISS WITH PREJUDICE; ORDER